# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**FILED**
AUG 22 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint or Indictment) |
| vs. | § | Case Number: WA:19-M-00199(1) |
| (1) CONRAD ROCKENHAUS | § § | Ref: 4:19-CR-181 |

I **(1) CONRAD ROCKENHAUS**, understand that I have been charged in another district, the .

I have been informed of the charges and my rights to:
(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise - unless I am indicted - to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):
( ) an identity hearing and production of the warrant.

( ) a preliminary examination.

( ) a detention hearing.

( X ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which
I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/22/2019                         _____
                                                    *Defendant's signature*

                                        _____
                                              *Signature of defendant's attorney*

                                        _____
                                            *Printed name of defendant's attorney*